1   MATTHEW RIGHETTI (Cal. State Bar No. 121012)
    JOHN GLUGOSKI (Cal. State Bar No 191551)
2   MICHAEL RIGHETTI (Cal. State Bar No. 258541)
    RIGHETTI GLUGOSKI, P.C.
3   456 Montgomery Street, Suite 1400
    San Francisco, California  94104
4   Telephone: (415) 983-0900
    Facsimile: (415) 397-9005
5   mike@righettilaw.com

6   Attorney for Plaintiff
    Jeff Wise

7
    JEFFREY D. WOHL (Cal. State Bar No. 096838)
8   GINA GUARIENTI COOK (Cal. State Bar No. 245611)
    ELIZABETH A. DORSI (Cal. State Bar No. 282285)
9   PAUL HASTINGS LLP
    55 Second Street, 24th Floor
10  San Francisco, California  94105-3441
    Telephone:  (415) 856-7000
11  Facsimile:  (415) 856-7100
    jeffwohl@paulhastings.com
12  ginacook@paulhastings.com
    elizabethdorsi@paulhastings.com

13  Attorneys for Defendant
    Rite Aid Corporation
14

15                    UNITED STATES DISTRICT COURT

16                  EASTERN DISTRICT OF CALIFORNIA

17

18  JEFF WISE,                           No. 2:15-cv-00622-JAM-EFB

19            Plaintiff,                 **ORDER ON STIPULATED PROTECTIVE
                                         ORDER**
20       vs.

21  RITE AID CORPORATION,                Judge:      John A. Mendez

22            Defendant.

23

24

25

26

27

28

1

2      Pursuant to Stipulation, it is so Ordered that the Parties are bound by the Stipulated

3  Protective Order.

4

5      Dated:  February 5, 2016.

                                                    /s/ John A. Mendez
6                                           _____
                                               United States District Judge
7                                                  John A. Mendez

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 84844576.1