1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5
   Attorneys for Plaintiff
6  Jeff Wise

7  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   JUSTIN M. SCOTT (Cal. State Bar No. 302502)
8  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
9  San Francisco, California 94105-3441
   Telephone:  (415) 856-7000
10 Facsimile:   (415) 856-7100
   jeffwohl@paulhastings.com
11 justinscott@paulhastings.com

12 Attorneys for Defendant
   Rite Aid Corporation
13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17 | JEFF WISE, an individual,                       | No. 2:15-cv-00622-JAM-EFB            |

18 |              Plaintiff,                         | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

19 |     vs.                                         | Judge:           Hon. John A. Mendez  |
20 | RITE AID CORPORATION, and DOES 1                | Complaint Filed: December 22, 2014    |
   | through 50, Inclusive,                          |
21
22 |              Defendants.                        |

Plaintiff Jeff Wise and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that this action may be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated:  March 7, 2017.    MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/  Michael Righetti
Michael Righetti
Attorneys for Plaintiff
Jeff Wise

Dated:  March 7, 2017.    JEFFREY D. WOHL
JUSTIN M. SCOTT
PAUL HASTINGS LLP

By: /s/  Justin M. Scott
Justin M. Scott
Attorneys for Defendant
Rite Aid Corporation

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California  94104
Telephone:  (415) 983-0900
Facsimile:  (415) 397-9005

Attorneys for Plaintiff
Jeff Wise

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:    (415) 856-7000
Facsimile:     (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF WISE, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | No. 2:15-cv-00622-JAM-EFB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge:　　　　　Hon. John A. Mendez<br>Complaint Filed:　December 22, 2014 |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated:  3/7/2017

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge